441 A.2d 766

Commonwealth v. Harrison, Appellant.

Petition for Allowance of Appeal Denied April 23, 1982.

Argued September 11, 1980. Arthur J. King, Assistant Public Defender, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.